# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                Plaintiff,          :     Case No. 3:12-cr-116-09

   - vs -                      District Judge Thomas M. Rose

JUAN CANO,                  Magistrate Judge Michael J. Newman

                Defendant.       :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. 174)

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael J. Newman (doc. 174), to whom this case was referred pursuant to 28 U.S.C. § 636(b) and Fed. R. Crim. P. 59, and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 59(b)(2) has expired, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Plea Agreement herein and Defendant's plea of guilty pursuant to that agreement are accepted.

Thomas M. Rose
United States District Judge